PLAINTIFFS' EXHIBIT 18

IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

# Seawear™ Inc

## Nautical, Marine Life & Celtic Jewelry

551 Montgomery Ave ~ Chambersburg, PA 17201
info@seawear.com ~ 757-342-1000
Jewelers Board of Trade Member ~ Jewelers of America Member
Manufacturing Jewelers and Suppliers of America Member ~ Dunn & Bradstreet #099194677

October 2, 2008

Dear Mercedes Franklin,

I am so sorry to hear of the difficulties you are having with the enforcement of your jewelry line.

Enclosed please find my invoices from Mark Edwards from March 2007 to October 2008. I know the numbers that begin with PC are Peter Costello. I am not sure what his code for your line would be. I am sure you will recognize your pieces from the description and item number. His catalogs do not say who's pieces they are, they are blanket branded under his names from what I can tell.

As I said, I just learned three weeks ago that you were getting your line back from Mark Edwards. This was second hand, I have no knowledge of any details, why, how or when. I had read in National Jeweler that he had filed for bankruptcy last year.

If you choose to sell to me, that would be great. If not, I understand that your retail store customers do not like competition from the internet and will not ask for special consideration. I refer a lot of business to brick and mortar stores and have no problem referring someone directly to you so that you can refer them to a store in your protected area. I do not name brand names just for that reason so a customer cannot walk into a store with a copy and say 'match this'. I get that every day with stores selling 20% over cost and a customer asking me to match it!

I assure you, I buy only from reputable legitimate sources. Stephen Douglas, Valerie St Gaudens, Sultan, Artistica, Wyland, Stuller, Charles & Colvard, Chatham, Adrianne, Leslie's. I'm an approved supplier to the University of Florida and an approved vendor of Notre Dame. I would not risk everything by doing anything that was not 110% above board.

My listing with JBT is not in the printed book for security. You would have to call them. We had a home robbery and after that have gone to lengths to protect our identity and physical location. Too many reps have been followed and jewelry store owners being traced to their home. Even in our little country area, we had a husband and wife killed at their home jewelry business for less than $10,000 and an armed robbery of a store with guns aimed at children and customers. The liability today is just too great.

If you need anything else, do not hesitate to contact me. Email is the quickest as I am on 12-15 hours a day. That goes to 15-20 hours a day in a few weeks. I hope... with the market, it may be a very quiet holiday season.

Thanks again

Charlie
Charles Bennett
Seawear Inc

# MEL Limited LLC

P.O. Box 4158
Deerfield Beach, FL 33442
Phone: 954-481-9164 Fax: 954-481-9166
E-Mail: info@markedwardsltd.com

# Invoice

| Date | Invoice # |
|---|---|
| 3/23/2007 | 38989 |

**Bill To**

SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

**Ship To**

SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

| P.O. No. | Terms | Rep | Ship Date | Due Date | Ship Via | FOB |
|---|---|---|---|---|---|---|
| CHARLIE | 10% 10 NET 30 | | 3/23/2007 | 4/22/2007 | Fed-Ex | Deerfield Bch |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | C662-1/2 | 35MM ROSEATE SPOONBILL PENDANT | 148.18 | 148.18 |
| 1 | C662CP | 17MM ROSEATE SPOONBILL 3-D BIRD PENDANT | 34.40 | 34.40 |
| 3 | C679BF | CAPE LOOKOUT, NC LIGHTHOUSE PENDANT | 80.26 | 240.78 |
| 1 | C827-1/2 | 23MM PUFFIN BIRD PENDANT | 112.59 | 112.59 |
| 1 | C827F | 22MM PUFFIN BIRD WITH POINTED TAIL PENDANT | 231.27 | 231.27 |
| 1 | C850F | 30MM SWIMMING LOON BIRD 3-D. | 231.27 | 231.27 |
| 1 | CSH19-1/2 | 30MM HERON BIRD HEAD PENDANT W/ 1 - 1.25MM EMERALD EYE | 270.26 | 270.26 |

ALL

*[handwritten note:]* ALL PLAINTIFFS CATALOG NUMBERS

1,268.75

...ndling & Insurance Charges. All rates are subject to carrier ... 21.99    21.99
...es which are adjusted monthly. Additional charges apply
...area deliveries.

*[handwritten:]* Paid Bill B 3-27

*[handwritten:]* 1141.88 / 1163.87

**Total** $1,290.74

All Designs Copyrighted!!!
Overdue accounts are subject to a monthly service charge of 1.5% per month. Merchandise returns must have company approval and be accompanied by a (RA#) return authorization number. Approved returns will be subject to a 15% restocking fee. Please note, all discounts taken off invoices must be on the...

*[handwritten note:]* INVOICES OF PLAINTIFFS COPYRIGHTED DESIGNS SOLD TO SEAWEAR BY (1) MEL (2) MARK EDWARDS

# MEL Limited LLC

P.O. Box 4158
Deerfield Beach, FL 33442
Phone: 954-481-9164 Fax: 954-481-9166
E-Mail: info@markedwardsltd.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2007 | 39072 |

**Bill To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

**Ship To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

| P.O. No. | Terms | Rep | Ship Date | Due Date | Ship Via | FOB |
|---|---|---|---|---|---|---|
| 041007 | 10% 10 NET 30 | | 4/19/2007 | 5/19/2007 | Fed-Ex | Deerfield Bch |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | C766F | 30MM GREEN SEA TURTLE 3-D PENDANT ** WHITE GOLD ** | 214.52 | 214.52 |
|   |   |   |   | 193.07 |
|   | 100-FT | Shipping, Handling & Insurance Charges. All rates are subject to carrier fuel surcharges which are adjusted monthly. Additional charges apply for extended area deliveries. | 12.99 | 12.99 |

*handwritten: 6.3g =5*
*$34-00 77*

*handwritten (circled): $206.06 Bill Pay 4/24*

**Total** $227.51

All Designs Copyrighted!!!
Overdue accounts are subject to a monthly service charge of 1.5% per month. Merchendise returns must have company approval and be accompanied by a (RA#) return authorization number. Approved returns will be subject to a 15% restocking fee. Please note, all discounts taken off invoices must be on the SUBTOTAL only.

# MEL Limited LLC

P.O. Box 4158
Deerfield Beach, FL 33442
Phone: 954-481-9164 Fax: 954-481-9166
E-Mail: info@markedwardsltd.com

# Invoice

| Date | Invoice # |
|---|---|
| 5/2/2007 | 39137 |

**Bill To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

**Ship To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

*Bill Pay 5-5*

| P.O. No. | Terms | Rep | Ship Date | Due Date | Ship Via | FOB |
|---|---|---|---|---|---|---|
| PHONE | 10% 10 NET 30 | | 5/2/2007 | 6/1/2007 | Fed-Ex | Deerfield Bch |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 3 | C1075BF | THOMAS POINT, MD 3-D LIGHTHOUSE PENDANT | 109.84 | 329.52 |
| 3 | C1256F | TANGIER, VA LIGHTHOUSE PENDANT | 160.60 | 481.80 |
| 3 | C532BF | BODIE ISLAND, NC LIGHTHOUSE PENDANT | 93.22 | 279.66 |
| | | SUBTOTAL | | 1,090.98 |
| | 100-FT | Shipping, Handling & Insurance Charges. All rates are subject to carrier fuel surcharges which are adjusted monthly. Additional charges apply for extended area deliveries. | 19.99 | 19.99 |

*981.88*
*1001.87*

**Total** $1,110.97

All Designs Copyrighted!!!
Overdue accounts are subject to a monthly service charge of 1.5% per month. Merchandise returns must have company approval and be accompanied by a (RA#) return authorization number. Approved returns will be subject to a 15% restocking fee. Please note, all discounts taken off invoices must be on the SUBTOTAL only.



**Mark Edwards**
P.O. Box 4158
Deerfield Beach, FL 33442
Phone: 954-481-9164 Fax: 954-481-9166
E-Mail: info@markedwardsltd.com

# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2007 | 39608 |

**Bill To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

**Ship To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

| P.O. No. | Terms | Rep | Ship Date | Due Date | Ship Via | FOB |
|---|---|---|---|---|---|---|
| CHARLIE | 10% 10 NET 30 | KSK-O | 8/1/2007 | 8/31/2007 | Fed-Ex | Deerfield Bch |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | C272CF | 19MM SAILBOAT IN SHIPS WHEEL PENDANT | 109.44 | 109.44 |
|  | 100-FT | Shipping, Handling & Insurance Charges. All rates are subject to carrier fuel surcharges which are adjusted monthly. Additional charges apply for extended area deliveries. | 0.00 | 0.00 |

*handwritten: 1090 / 98.50*

| Total | $109.44 |
|---|---|

All Designs Copyrighted!!!
Overdue accounts are subject to a monthly service charge of 1.5% per month. Merchandise returns must have company approval and be accompanied by a (RA#) return authorization number. Approved returns will be subject to a 15% restocking fee. Please note, all discounts taken off invoices must be on the SUBTOTAL only.

# *Mark Edwards*

P.O. Box 4158
Deerfield Beach, FL 33442
Phone: 954-481-9164 Fax: 954-481-9166
E-Mail: info@markedwardsltd.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/10/2007 | 39945 |

| Bill To | Ship To |
|---|---|
| SEAWEAR NAUTICAL JEWELRY #1563<br>551 MONTGOMERY AVENUE<br>CHAMBERSBURG, PA 17201 | SEAWEAR NAUTICAL JEWELRY #1563<br>551 MONTGOMERY AVENUE<br>CHAMBERSBURG, PA 17201 |

| P.O. No. | Terms | Rep | Ship Date | Due Date | Ship Via | FOB |
|---|---|---|---|---|---|---|
| B/O 35406 | 10% 10 NET 30 | | 10/10/2007 | 11/9/2007 | Fed-Ex | Deerfield Bch |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | C1121F | BARNEGATE, NJ 3-D LIGHTHOUSE PENDANT | 81.05 | 81.05 |

*-10.20*

Created for you by

*Mark Edwards*

*62.94*

HANDCRAFTED IN THE USA

| | Total | $81.05 |
|---|---|---|

All Designs Copyrighted!!!
Overdue accounts are subject to a monthly service charge of 1.5% per month. Merchandise returns must have company approval and be accompanied by a (RA#) return authorization number. Approved returns will be subject to a 15% restocking fee. Please note, all discounts taken off invoices must be on the SUBTOTAL only.

# Mark Edwards

P.O. Box 4158
Deerfield Beach, FL 33442
Phone: 954-481-9164 Fax: 954-481-9166
E-Mail: info@markedwardsltd.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/5/2007 | 40217 |

**Bill To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

**Ship To**
SEAWEAR NAUTICAL JEWELRY #1563
551 MONTGOMERY AVENUE
CHAMBERSBURG, PA 17201

| P.O. No. | Terms | Rep | Ship Date | Due Date | Ship Via | FOB |
|---|---|---|---|---|---|---|
| CHARLIE | 10% 10 NET 30 | | 12/5/2007 | 1/4/2008 | Fed-Ex | Deerfield Bch |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | C766F | 30MM GREEN SEA TURTLE 3-D PENDANT | 240.41 | 240.41 |
| | 100-FT | Shipping, Handling & Insurance Charges. All rates are subject to carrier fuel surcharges which are adjusted monthly. Additional charges apply for extended area deliveries. | 0.00 | 0.00 |

Created for you by

*Mark Edwards*

HANDCRAFTED IN THE USA

paid

**Total** $240.41

All Designs Copyrighted!!!
Overdue accounts are subject to a monthly service charge of 1.5% per month. Merchandise returns must have company approval and be accompanied by a (RA#) return authorization number. Approved returns will be subject to a 15% restocking fee. Please note, all discounts taken off invoices must be on the SUBTOTAL only.

# Mark Edwards

P.O. Box 4158
Deerfield Beach, FL 33442
Phone: 954-481-9164 Fax: 954-481-9166
E-Mail: info@markedwardsltd.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/12/2007 | 40286 |

| Bill To | Ship To |
|---|---|
| SEAWEAR NAUTICAL JEWELRY #1563<br>551 MONTGOMERY AVENUE<br>CHAMBERSBURG, PA 17201 | SEAWEAR NAUTICAL JEWELRY #1563<br>551 MONTGOMERY AVENUE<br>CHAMBERSBURG, PA 17201 |

| P.O. No. | Terms | Rep | Ship Date | Due Date | Ship Via | FOB |
|---|---|---|---|---|---|---|
| CHARLIE | 10% 10 NET 30 | | 12/12/2007 | 1/11/2008 | Fed-Ex | Deerfield Bch |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | C359AF | LARGE 3-D CAPE HATTERIS, NC. LIGHTHOUSE PENDANT | 103.51 | 103.51 |
| 1 | PC-129-ES-W | 25MM FLYING FISH 3-D PENDANT WITH 4 - 1.25MM SAPPHIRE EYES AND FRENCH WIRE | 280.71 | 280.71 |
| | | SUBTOTAL | | 384.22 |
| | 100-FT | Shipping, Handling & Insurance Charges. All rates are subject to carrier fuel surcharges which are adjusted monthly. Additional charges apply for extended area deliveries. | 12.99 | 12.99 |

346.39
359.38

*Created for you by Mark Edwards*
*HANDCRAFTED IN THE USA*

paid -5 MRay

**Total** $397.21

All Designs Copyrighted!!!
Overdue accounts are subject to a monthly service charge of 1.5% per month. Merchandise returns must have company approval and be accompanied by a (RA#) return authorization number. Approved returns will be subject to a 15% restocking fee. Please note, all discounts taken off invoices must be on the SUBTOTAL only.