UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61848-CIV-MARRA/JOHNSON

MERCEDES J. FRANKLIN et al.,

Plaintiffs,

vs.

MARY JANE VOTYPKA et al.,

Defendants.
_____/

**FINAL JUDGMENT**

Based upon the jury's verdict, judgment is hereby entered in favor of Plaintiffs Mercedes J. Franklin and David Gantt on their copyright infringement claim and against Defendants Mary Jane Votypka and MEL Ltd. LLC, jointly and severally, in the amount of $61,000.00, which amount shall bear interest at the rate of 0.46% per annum from the date of this Judgment, for which let execution issue.

All pending motions are denied as moot and the clerk of the Court shall close this case. The Court reserves jurisdiction to resolve any properly filed post-judgment motions.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of July, 2009.

_____
KENNETH A. MARRA
United States District Judge